COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING

Cause number:      No. 01-18-00962-CV

Style:      *Siana Oil & Gas Co. LLC v. White Oak Operating Company, LLC and White Oak Resources VI, LLC,*

Type of motion:    Motion for rehearing

Party filing motion:      Appellee

      IT IS ORDERED that the motion for rehearing is **denied**.

Judge's signature: ___/s/ Julie Countiss___

Panel consists of Justices Kelly, Goodman, and Countiss

Date: May 13, 2021